## INSTRUCTION NO. 45

Members of the jury, you have found defendants guilty of crimes charged in the indictment, and those findings remain in place. Now, there are additional questions you must consider as to Defendant Stone.

All of my previous instructions explaining your duties, the general rules that apply in every criminal case, the rules you must use in evaluating evidence, the rules you must use during deliberations on the jury verdict, and the possible verdicts you may return, also apply to your determination of the additional questions. As in the first phase of the trial, the defendant has no obligation to present evidence.

FILED
JAMES J. VILT, JR. - CLERK
SEP 19 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## INSTRUCTION NO. 46

The indictment alleges that Defendant Neal Scott Stone, before committing the offenses of conspiracy to distribute controlled substances and distribution of controlled substances, was previously convicted of serious drug felonies. The alleged prior serious drug convictions are as follows:

> (1) United States v. Neal Scott Stone, Case Number 3:03-CR-11-JHM-01, in the United States District Court for the Western District of Kentucky, possession of 50 grams or more of cocaine base with intent to distribute and possession with intent to distribute 500 grams or more of cocaine;

and

> (2) United States v. Neal Scott Stone, Case Number 5:14-CR-00084-001, in the United States District Court for the Eastern District of Kentucky, attempt to possess with intent to distribute cocaine, conspiracy to distribute heroin, distribution of heroin, and possession with intent to distribute heroin.

You must decide three questions with respect to these prior convictions. The United States has the burden of convincing you, beyond a reasonable doubt, that the answer to each question is "Yes." If the United States fails in its burden on a question, you must answer that question "No." As before, your decision must be unanimous.

## INSTRUCTION NO. 47

The questions you must answer are set forth in a second verdict form. The form reads as follows: _____.

If you decide that the government has proved the fact in question beyond a reasonable doubt, say so by having your foreperson mark the appropriate place on the form. If you decide that the government has not proved the fact in question beyond a reasonable doubt, say so by having your foreperson mark the appropriate place on the form. Your foreperson should then sign the form, put the date on it, and return it to me.